Robert D. Albergotti
HAYNES AND BOONE, LLP
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

Judith Elkin  JE-4112
Jason A. Nagi JN-6891
HAYNES AND BOONE, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

*Counsel to Shared Technologies Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
ALLEGIANCE TELECOM, INC.,  et al.,  :        Case No. 03-13057 (RDD)
                                    :
                       Debtors.     :        Jointly Administered
-------------------------------------------------------------x
```

## <u>NOTICE OF APPEAL</u>

Shared Technologies Inc. ("STI"), party-in-interest in the above-captioned case, appeals

pursuant to 28 U.S.C. §158(a) to the United States District Court for the Southern District of

New York from the Bankruptcy Court's

> Stipulation and Order Granting XO Holdings, Inc.'s Motion for Entry of an Order
> Compelling the Allegiance Telecom Liquidating Trust to Make Required Plan
> Distributions [Dkt. No. 2574]

entered in this case on February 7, 2008.

The names of all parties to the order appealed from and the names, addresses and

telephone numbers of their respective attorneys are as follows:

1.      Shared Technologies Inc.

            Counsel:

        Robert D. Albergotti
        Frances A. Smith
        HAYNES AND BOONE, LLP
        901 Main St., Suite 3100
        Dallas, TX 75202
        Phone: 214.651.5000

        Judith Elkin  JE-4112
        Jason A. Nagi  JN 6891
        HAYNES AND BOONE, LLP
        153 East 53rd Street, Suite 4900
        New York, NY 10022
        Phone: 212.659.7300

2.      Allegiance Telecom Liquidating Trust

            Counsel:

        Ira S. Dizengoff
        Abid Qureshi
        Kenneth A. Davis
        AKIN GUMP STRAUSS HAUER & FELD LLP
        590 Madison Avenue
        New York, NY 10022
        Telephone:  212.872.1000

3.      XO Holdings, Inc.

            Counsel:

        Martin S. Siegel
        BROWN RUDNICK BERLACK ISRAELS LLP
        7 Times Square
        New York, NY 10036
        Telephone: 212.209.4800

        Anthony L. Gray
        BROWN RUDNICK BERLACK ISRAELS LLP
        One Financial Center
        Boston, MA 02111
        Telephone: 617.856.8200

4.      Merrill Lynch, Pierce, Fenner & Smith, Incorporated

          Counsel:

          David S. Pegno, Esq.
          DEWEY PEGNOT & KRAMARSKY LLP
          220 East 42nd Street, 33rd Floor
          New York, New York 10017
          Telephone:  212.943.9000

          Craig Bruens
          GIBSON, DUNN & CRUTCHER LLP
          200 Park Avenue
          New York, NY 10166-0193
          Telephone: (212) 351-4000

Dated: New York, New York
          February 19, 2008

                                        HAYNES AND BOONE, LLP
                                        *Counsel to Shared Technologies Inc.*

                                        /s/ Jason A. Nagi
                                        Judith Elkin (JE-4112)
                                        Jason A. Nagi (JN 6891)
                                        153 East 53rd Street, Suite 4900
                                        New York, NY 10022
                                        Phone: 212.659.7300

                                        Robert D. Albergotti
                                        901 Main St., Suite 3100
                                        Dallas, TX 75202
                                        Phone: 214.651.5000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has served a true and correct copy of the foregoing Notice of Appeal upon all parties listed below via United States first class mail, postage prepaid, on the 19th day of February, 2008, in accordance with the Federal Rules of Bankruptcy Procedure.

/s/ Jason A. Nagi

Ira S. Dizengoff
Abid Qureshi
Kenneth A. Davis
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone:  212.872.1000
Fax:  212.872.1002
E-Mail:  idizengoff@akingump.com

**COUNSEL FOR ALLEGIANCE TELECOM LIQUIDATING TRUST**

Martin S. Siegel
BROWN RUDNICK BERLACK ISRAELS LLP
7 Times Square
New York, NY 10036
Telephone: 212.209.4800
Fax:  212.446.4900
E-Mail:  msiegel@brownrudnick.com

Anthony L. Gray
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Telephone: 617.856.8200
Fax: 617.856.8201
Email: agray@brownrudnick.com

**COUNSEL FOR XO HOLDINGS, INC.**

David S. Pegno, Esq.
DEWEY PEGNOT & KRAMARSKY LLP
220 East 42nd Street
New York, New York 10017
Telephone: 212.943.9000
Fax:  212.943.4325
E-Mail:  dpegno@dpklaw.com

Craig Bruens
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035

**COUNSEL FOR MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**