Robert D. Albergotti (RA-2078)
HAYNES AND BOONE, LLP
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

Judith Elkin (JE-4112)
Jason A. Nagi (JN-6891)
HAYNES AND BOONE, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

*Counsel to Shared Technologies Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                             :

In re:                        :          Chapter 11
                             :

ALLEGIANCE TELECOM, INC., et al.,    :          Case No. 03-13057 (RDD)
                             :

                Debtors.    :          Jointly Administered
---------------------------------------------------------------x

**SHARED TECHNOLOGIES INC.'S STATEMENT OF ISSUES ON APPEAL AND
DESIGNATION OF THE RECORD ON APPEAL FROM FINAL ORDERS OF THE
UNITED STATES BANKRUPTCY COURT FOR THE
<u>SOUTHERN DISTRICT OF NEW YORK</u>**

        Pursuant to Federal Rule of Bankruptcy Procedure 8006, Shared Technologies Inc.

("STI"), by and through its counsel, hereby submits its statement of issues on appeal and

designation of the record on appeal in connection with its Notices of Appeal filed February 19,

2007 (Docket Numbers 2585 and 2586) in the above-captioned proceedings:

<u>**ISSUES ON APPEAL**</u>

        The following are issues on appeal:

1.      Whether the Bankruptcy Court erred as a matter of law in finding that it had
          jurisdiction to order STI to issue additional shares of STI stock to XO/V&K based
          on a dispute between the ATLT and XO/V&K despite the Court's limited post
          confirmation jurisdiction (i) to issue "orders in aid of execution and

consummation of the Plan," or (ii) to "hear and determine disputes arising in connection with the interpretation, implementation or enforcement of the Plan" where that dispute did not involve these limited issues.

2.      Whether the Bankruptcy Court erred as a matter of law in finding that the Plan— which required the *ATLT* to distribute all the assets it held in trust for creditors— nonetheless imposed a duty on STI to guarantee that all creditors received their Plan distributions and where the Plan obligated STI to contribute 100% of its stock directly to the ATLT *on June 23, 2004* so that the ATLT could manage and distribute the trust assets in accordance with the ATLT's obligations to the creditors.

3.      Whether, as a matter of law, the Bankruptcy Court violated 11 U.S.C. § 1127, which only allows plan modification before substantial consummation, when it modified the Plan by ordering STI to issue shares to XO/V&K long after the Plan was substantially consummated.

## DESIGNATION OF THE RECORD ON APPEAL

The following items are to be included in the record on appeal:

| Record Number | Filing Date | Docket No | Docket Text |
|---|---|---|---|
| 1 | 04/20/2004 | 1155 | Amended Disclosure Statement */Debtors' Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code* (related document(s)1055) filed by Jonathan S. Henes on behalf of Allegiance Telecom, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Henes, Jonathan) (Entered: 04/20/2004) |
| 2 | 05/28/2004 | 1346 | Chapter 11 Plan */ Plan Supplement to Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (related document(s)1168) filed by Jonathan S. Henes on behalf of Allegiance Telecom, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G-1# 8 Exhibit G-2# 9 Exhibit G-3# 10 Exhibit G-4# 11 Exhibit H-1# 12 Exhibit H-2# 13 Exhibit H-3# 14 Exhibit H-4# 15 Exhibit I# 16 Exhibit J# 17 Exhibit K)(Henes, Jonathan) (Entered: 05/28/2004) |

| Record Number | Filing Date | Docket No | Docket Text |
|---|---|---|---|
| 3 | 06/07/2004 | 1451 | Amended Plan */Notice of Amendments to Plan Supplement to Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (related document(s)1346, 1168) filed by Jonathan S. Henes on behalf of Allegiance Telecom, Inc.. (Attachments: # 1 Revised Exhibit F# 2 Revised Exhibit G-1# 3 Revised Exhibit G-2# 4 Revised Exhibit G-3# 5 Revised Exhibit G-4# 6 Revised Exhibit H-2# 7 Revised Exhibit K)(Henes, Jonathan) (Entered: 06/07/2004) |
| 4 | 06/10/2004 | 1476 | Third Amended Plan */ Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* filed by Matthew Allen Cantor on behalf of Allegiance Telecom, Inc.. (Cantor, Matthew) (Entered: 06/10/2004) |
| 5 | 06/10/2004 | 1481 | Order Confirming Debtors' Third Amended Join Plan Reorganization signed on 6/10/2004 (related document(s)1476). (Li, Dorothy) (Entered: 06/10/2004) |
| 6 | 06/23/2004 | 1533 | Stipulation and Order signed on 6/23/2004 Settling Certain Disputes between Allegiance Telecom, Inc., Allegiance Telecom Company Worldwide, The Official Committee of Unsecured Creditors and XO Communications, Inc. (Lopez, Mary) (Entered: 06/23/2004) |
| 7 | 08/30/2007 | 2498 | Motion to Compel */XO Holdings, Inc.'s Motion for Entry of an Order (1) Compelling The Allegiance Telecom Liquidating Trust to Make Required Plan Distributions; and (2) Prohibiting the ATLT From Excluding Robert E. Fischer from ATLT Board Deliberations and Actions* filed by Martin S. Siegel on behalf of XO Communications, Inc.. with hearing to be held on 9/14/2007 at 10:00 AM at Courtroom 610 (RDD) Responses due by 9/11/2007, (Attachments: # 1 Volume(s) Proposed Order# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G) (Siegel, Martin) (Entered: 08/30/2007) |
| 8 | 08/30/2007 | 2499 | Notice of Hearing */Notice of XO Holdings, Inc.'s Motion for Entry of an Order (1) Compelling the Allegiance Telecom Liquidating Trust to Make Required Plan Distributions; and (2) Prohibiting the ATLT from Excluding Robert E. Fischer from ATLT Board Deliberations and Actions* (related document(s)2498) filed by Martin S. Siegel on behalf of XO Communications, Inc.. with hearing to be held on 9/14/2007 at 10:00 AM at Courtroom 610 (RDD) Objections due by 9/11/2007, (Siegel, Martin) (Entered: 08/30/2007) |

| Record Number | Filing Date | Docket No | Docket Text |
|---|---|---|---|
| 9 | 10/08/2007 | 2523 | Objection to Motion */ / Objection of the Allegiance Telecom Liquidating Trust to XO Holdings, Inc.'s Motion for Entry of an Order, Among Other Things, Compelling the Allegiance Telecom Liquidating Trust to Make Required Plan Distributions* (related document(s)2498) filed by Ira S. Dizengoff on behalf of Allegiance Telecom Liquidating Trust. with hearing to be held on 10/11/2007 at 10:00 AM at Courtroom 610 (RDD) (Dizengoff, Ira) (Entered: 10/08/2007) |
| 10 | 11/05/2007 | 2543 | Response */XO Holdings, Inc.'s Reply To Objection of Allegiance Telecom Liquidating Trust to Motion for Entry of an Order Compelling It to Make Required Plan Distributions* (related document(s)2523) filed by Martin S. Siegel on behalf of XO Communications, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13) (Siegel, Martin) (Entered: 11/05/2007) |
| 11 | 12/20/2007 | 2551 | Motion to Approve */Motion of XO Holdings, Inc. for Approval and Entry of Stipulation and Order Concerning Required Plan Distributions* filed by Martin S. Siegel on behalf of XO Communications, Inc.. with hearing to be held on 1/24/2008 at 10:00 AM at Courtroom 610 (RDD) Responses due by 1/14/2008, (Attachments: # 1 Exhibit A# 2 Exhibit B) (Siegel, Martin) (Entered: 12/20/2007) |
| 12 | 12/20/2007 | 2552 | Notice of Hearing */Notice of Motion of XO Holdings, Inc. for Approval and Entry of Stipulation and Order Concerning Required Plan Distributions* (related document(s)2551) filed by Martin S. Siegel on behalf of XO Communications, Inc.. with hearing to be held on 1/24/2008 at 10:00 AM at Courtroom 610 (RDD) Objections due by 1/14/2008, (Siegel, Martin) (Entered: 12/20/2007) |
| 13 | 01/10/2008 | 2554 | Transcript *of Hearing Held on 11/6/07 at 10:09 a.m.* filed by Veritext, LLC. (Richards, Beverly) (Entered: 01/10/2008) |
| 14 | 01/10/2008 | 2556 | Objection to Motion */Objection of Shared Technologies, Inc. to Entry of Stipulation and Order Compelling Allegiance Telecom Liquidating Trust to Make Required Plan Distributions* (related document(s)2551) filed by Judith Elkin on behalf of Shared Technologies, Inc.. with hearing to be held on 1/24/2008 at 10:00 AM at Courtroom 610 (RDD) Objections due by 1/14/2008, (Elkin, Judith) (Entered: 01/10/2008) |

| Record Number | Filing Date | Docket No | Docket Text |
|---|---|---|---|
| 15 | 01/28/2008 | 2562 | Response */Reply of XO Holdings, Inc., to Objection of Shared Technologies Inc. to Motion for Approval and Entry of Stipulation and Order Concerning Required Plan Distributions* (related document(s)2556) filed by Martin S. Siegel on behalf of XO Communications, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (Siegel, Martin) (Entered: 01/28/2008) |
| 16 | 01/28/2008 | 2564 | Affidavit */Declaration of Renee Hornbaker in Support of Objection of Shared Technologies Inc. to Motion for Entry of Stipulation and Order Compelling Allegiance Telecom Liquidating Trust to Make Required Plan Distributions* (related document(s)2556) filed by Robert D. Albergotti on behalf of Shared Technologies, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Albergotti, Robert) (Entered: 01/28/2008) |
| 17 | 02/07/2008 | 2573 | Order signed on 2/7/2008 Approving Stipulation and Order Concerning Required Plan Distributions. (Related Doc #2551) (Cantrell, Deirdra) (Entered: 02/07/2008) |
| 18 | 02/07/2008 | 2574 | So Ordered Stipulation and Order signed on 2/7/2008 Granting XO Holdings, Inc's Motion for entry of an Order Compelling the Allegiance Telecom Liquidating Trust to make required Plan Distributions. (related document(s)2498)(Cantrell, Deirdra) (Entered: 02/07/2008) |
| 19 | 02/19/2008 | 2585 | Notice of Appeal (related document(s)2573) filed by Jason A. Nagi on behalf of Shared Technologies, Inc.. (Nagi, Jason) (Entered: 02/19/2008) |
| 20 | 02/19/2008 | 2586 | Notice of Appeal (related document(s)2574) filed by Jason A. Nagi on behalf of Shared Technologies, Inc.. (Nagi, Jason) (Entered: 02/19/2008) |
| 21 | 02/19/2008 | 2587 | Motion for Stay Pending Appeal */Shared Technologies, Inc.'s Motion for Stay of Bankruptcy Court Orders Pending Appeal Pursuant to Fed. R. Bankr. P. 8005* (related document(s)2585, 2586, 2574, 2573) filed by Jason A. Nagi on behalf of Shared Technologies, Inc.. (Attachments: # 1 Motion) (Nagi, Jason) (Entered: 02/19/2008) |
| 22 | 02/19/2008 | 2588 | Memorandum of Law *in Support of Shared Technologies, Inc.'s Motion for Stay of Bankruptcy Court Orders Pending Appeal Pursuant to Fed. R. Bankr. P. 8005* (related document(s)2587) filed by Jason A. Nagi on behalf of Shared Technologies, Inc.. (Nagi, Jason) (Entered: 02/19/2008) |

| Record Number | Filing Date | Docket No | Docket Text |
|---|---|---|---|
| 23 | 02/19/2008 | 2589 | Declaration *of Renee Hornbaker in Support of Shared Technologies, Inc.'s Motion for Stay Pending Appeal* (related document(s)2587) filed by Jason A. Nagi on behalf of Shared Technologies, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Nagi, Jason) (Entered: 02/19/2008) |
| 24 | 02/22/2008 | 2591 | Order signed on 2/22/2008 scheduling hearing on Shared Technologies Inc.'s Motion for Stay Pending Appeal (related document(s)2587) to be held on 3/18/2008 at 10:00 AM at Courtroom 610 (RDD). (Li, Dorothy) (Entered: 02/22/2008) |
| 25 | 02/08/08 | 2597 | Transcript *(AMENDED) of hearing held on 1/29/08 at 10:29 am Re: Motion of XO Holdings, Inc. for Approval and Entry of Stipulation & Order Concerning Required Plan Distributions* (related document(s)2581) filed by Veritext, LLC. (Richards, Beverly) (Entered: 02/26/2008) |

Dated: New York, New York
February 29, 2008

HAYNES AND BOONE, LLP
*Counsel to Shared Technologies, Inc.*

  /s/ Robert D. Albergotti
Judith Elkin (JE-4112)
Jason A. Nagi (JN 6891)
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

Robert D. Albergotti (RA-2078)
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served a true and correct copy of the foregoing Designation upon all parties listed below via United States first class mail, postage prepaid, on the 29th day of February, 2008, in accordance with the Federal Rules of Bankruptcy Procedure.

/s/ Jason A. Nagi

Ira S. Dizengoff
Abid Qureshi
Kenneth A. Davis
AKIN GUMP STRAUSS HAUER
  & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone:  212.872.1000
Fax:  212.872.1002
E-Mail:  idizengoff@akingump.com

**COUNSEL FOR ALLEGIANCE TELECOM LIQUIDATING TRUST**

Martin S. Siegel
BROWN RUDNICK BERLACK
  ISRAELS LLP
7 Times Square
New York, NY 10036
Telephone: 212.209.4800
Fax:  212.446.4900
E-Mail:  msiegel@brownrudnick.com

Anthony L. Gray
BROWN RUDNICK BERLACK
  ISRAELS LLP
One Financial Center
Boston, MA 02111
Telephone: 617.856.8200
Fax: 617.856.8201
Email: agray@brownrudnick.com

**COUNSEL FOR XO HOLDINGS, INC.**

David S. Pegno, Esq.
DEWEY PEGNOT & KRAMARSKY LLP
220 East 42nd Street, 33rd Floor
New York, New York 10017
Telephone: 212.943.9000
Fax:  212.943.4325
E-Mail:  dpegno@dpklaw.com

Craig Bruens
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035

**COUNSEL FOR MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**