Martin S. Siegel (MS-9490)
Emilio A. Galván (EG-0984)
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, NY 10036
Tel:   (212) 209-4800
Fax:   (212) 209-4801

Anthony L. Gray
Thomas H. Montgomery
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Tel:   (617) 856-8200
Fax:   (617) 856-8201

**Attorneys For XO Holdings, Inc.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 03-13057 (RDD) |
| **ALLEGIANCE TELECOM, INC., ET AL.,** | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

**XO HOLDINGS, INC.'S DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL OF SHARED TECHNOLOGIES INC.
FROM ORDERS OF THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE SOUTHERN DISTRICT OF NEW YORK</u>**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, XO Holdings, Inc., by and through its undersigned counsel, hereby submits its designation of additional items to be included in the record of Shared Technologies Inc.'s appeal from certain orders (Docket Nos. 2573 and 2574) of the United States Bankruptcy Court for the Southern District of New York.

## DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

The following additional items are to be included in the record on appeal:

| Record Number | Filing Date | Docket Number | Docket Text |
|---|---|---|---|
| 26 | 05/17/2006 | 2368 | Motion to Approve *Notice Of Presentment Of Motion Of The Allegiance Telecom Liquidating Trust For An Order Authorizing The Trust's Approval Of A Reverse Stock Split Of New STFI Common Stock, Distribution Of ATLT "B" Trust Interests And Cash Distributions To Resulting Fractional Shareholders* filed by Kenneth A. Davis on behalf of Allegiance Telecom Liquidating Trust. Responses due by 5/26/2006, (Davis, Kenneth) (Entered: 05/17/2006) |
| 27 | 07/05/2006 | 2381 | Order Granting Motion of the Allegiance Telecom Liquidating Trust for an order authorizing the trust's approval of reverse stock split of new STFI common stock, distribution of ATLT "B" Trust Intersts and Cash Distributions to resulting fractional share holders (Related Doc # 2368) signed on 7/5/2006. (Li, Dorothy) (Entered: 07/05/2006) |
| 28 | To be filed by 03/13/2008 | To be determined | By March 13, 2008, XO will file its *Objection and Supporting Memorandum of Law of XO Holdings, Inc., to Shared Technologies Inc.'s Motion for Stay of Bankruptcy Court Orders Pending Appeal Pursuant to Fed. R. Bankr. P. 8005* (the "Stay Objection"). The Stay Objection is to be included in the record on appeal. |
| 29 | N/A | N/A | The docket from In re Allegiance Telecom, Inc., et al. (Case No. 03-13057 (RDD)) |

Dated: New York, New York
       March 10, 2008

**BROWN RUDNICK BERLACK ISRAELS LLP**

By: /s/ Martin S. Siegel
    Martin S. Siegel (MS-9490)
    Emilio A. Galván (EG-0984)
Seven Times Square
New York, NY 10036
Tel:   (212) 209-4800

    - and -

Anthony L. Gray
Thomas H. Montgomery
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel:   (617) 856-8200

**Attorneys For XO Holdings, Inc.**

# 1545447 v2

3