Robert D. Albergotti
HAYNES AND BOONE, LLP
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

Judith Elkin  JE-4112
Jason A. Nagi JN-6891
HAYNES AND BOONE, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

*Counsel to Shared Technologies Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
    ALLEGIANCE TELECOM, INC., et al.,      :   Civil Action No. 1:08-CV-3051 (LAP)
                                                            :
                                       Debtors.           :
------------------------------------------------------------x

## NOTICE OF RELATED CASE AND APPLICATION FOR TRANSFER PURSUANT TO RULE FOR THE DIVISION OF BUSINESS AMONG DISTRICT JUDGES 15(C)

Shared Technologies, Inc. ("STI"), the Appellant in the above-styled and numbered cause, files this Notice of Related Case and Application for Transfer Pursuant to Rule for the Division of Business Among District Judges 15(c) (the "Notice"), seeking consolidation of the above-styled and numbered cause into the related, first filed action, Civil Action No. 1:08-CV-3050 (LAK), and would show the Court the following:

1. On February 7, 2008, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the following orders:

    (a) Order Approving Stipulation and Order Concerning Required Plan Distributions (the "Distributions Order"); and

1635806_1.DOC

    (b)    Stipulation and Order Granting XO Holdings, Inc.'s Motion for Entry of an Order Compelling the Allegiance Telecom Liquidating Trust to Make Required Plan Distributions (the "Stock Order").

2.    The Distributions Order and the Stock Order were entered in the following bankruptcy case: *In re Allegiance Telecom, Inc., et al.*, Case No. 03-13057 (RDD).

3.    On February 19, 2007, STI filed its Notice of Appeal of the Distribution Order and its Notice of Appeal of the Stock Order. The United States District Court case number assigned to the appeal of the Distribution Order on March 26, 2008 was 1:08-CV-03050-GJK. The United States District Court case number assigned to the appeal of the Stock Order on March 26, 2008 was 1:08-CV-03051-LAP.

4.    STI seeks consolidation of the above-referenced matters into Civil Action No. 1:08-CV-03050, the first filed of these bankruptcy appeals.

5.    Consolidation is appropriate because the issues presented in each case are identical. Identical issues and designations of the record have been presented in each case.

6.    Appellee V&K Holding, Inc. consents to the relief requested in this Notice.

WHEREFORE, the Appellant respectfully requests that Civil Action No. 1:08-CV-3051 be consolidated into Civil Action No. 1:08-CV-03050 (LAK).

Dated: New York, New York
       April 7, 2008

                HAYNES AND BOONE, LLP
                *Counsel to Shared Technologies, Inc.*

                /s/ Jason A. Nagi
                Judith Elkin (JE-4112)
                Jason A. Nagi (JN 6891)
                153 East 53rd Street, Suite 4900
                New York, NY 10022
                Phone: 212.659.7300

Robert D. Albergotti
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served a true and correct copy of the foregoing Notice upon all parties listed below via United States first class mail, postage prepaid, on the 7th day of April, 2008, in accordance with the Federal Rules of Bankruptcy Procedure.

*/s/ Jason A. Nagi*

Ira S. Dizengoff
Abid Qureshi
Kenneth A. Davis
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
E-Mail: idizengoff@akingump.com

**COUNSEL FOR ALLEGIANCE TELECOM LIQUIDATING TRUST**

Martin S. Siegel
BROWN RUDNICK BERLACK ISRAELS LLP
7 Times Square
New York, NY 10036
E-Mail: msiegel@brownrudnick.com

Anthony L. Gray
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Email: agray@brownrudnick.com

**COUNSEL FOR XO HOLDINGS, INC. AND V&K HOLDINGS, INC.**

David S. Pegno, Esq.
DEWEY PEGNOT & KRAMARSKY LLP
220 East 42nd Street
New York, New York 10017
E-Mail: dpegno@dpklaw.com

Craig Bruens
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
E-Mail: cbruens@gibsondunn.com

**COUNSEL FOR MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

Robert D. Albergotti
HAYNES AND BOONE, LLP
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

Judith Elkin  JE-4112
Jason A. Nagi JN-6891
HAYNES AND BOONE, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

*Counsel to Shared Technologies Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :
    ALLEGIANCE TELECOM, INC.,  et al.,    :    Civil Action No. 1:08-CV-3051 (LAP)
                                                             :
                                        Debtors.    :
-------------------------------------------------------------x

## ORDER TRANFERRING APPEAL

On this day came on for consideration Shared Technologies Inc.'s Notice of Related Case and Application for Transfer Pursuant to Rule for the Division of Business Among District Judges 15(c) (the "Notice"), seeking consolidation of the above-styled and numbered cause into the related, first filed action, Civil Action No. 1:08-CV-3050 (LAP).  Upon consideration of the Notice, it is hereby:

**ORDERED** that Civil Action No. 1:08-CV-3051 (LAP) is consolidated with Civil Action No. 1:08-CV-3050 and that all further proceedings in the above-referenced appeal be in Civil Action No. 1:08-CV-3050; and it is further

- 2 -

**ORDERED** that a copy of this Order shall be filed in Civil Action No. 1:08-CV-3050 before the Honorable Lewis A. Kaplan; and it is further

**ORDERED** that all filings shall be in Civil Action No. 1:08-CV-3050.

Dated:  April ____, 2007

                                                            _____
                                                            United States District Judge