Robert D. Albergotti
HAYNES AND BOONE, LLP
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

Judith Elkin  JE-4112
Jason A. Nagi JN-6891
HAYNES AND BOONE, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

*Counsel to Shared Technologies Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
    ALLEGIANCE TELECOM, INC., et al.,   :   Civil Action No. 1:08-CV-3051 (LAP)
                                                            :
                              Debtors.   :
------------------------------------------------------------x

**NOTICE OF RELATED CASE AND APPLICATION FOR TRANSFER PURSUANT TO
RULE FOR THE DIVISION OF BUSINESS AMONG DISTRICT JUDGES 15(C)**

Shared Technologies, Inc. ("STI"), the Appellant in the above-styled and numbered cause, files this Notice of Related Case and Application for Transfer Pursuant to Rule for the Division of Business Among District Judges 15(c) (the "Notice"), seeking consolidation of the above-styled and numbered cause into the related, first filed action, Civil Action No. 1:08-CV-3050 (LAK), and would show the Court the following:

    1.    On February 7, 2008, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the following orders:

        (a)    Order Approving Stipulation and Order Concerning Required Plan Distributions (the "Distributions Order"); and

  (b)  Stipulation and Order Granting XO Holdings, Inc.'s Motion for Entry of an Order Compelling the Allegiance Telecom Liquidating Trust to Make Required Plan Distributions (the "Stock Order").

2. The Distributions Order and the Stock Order were entered in the following bankruptcy case: *In re Allegiance Telecom, Inc., et al.*, Case No. 03-13057 (RDD).

3. On February 19, 2007, STI filed its Notice of Appeal of the Distribution Order and its Notice of Appeal of the Stock Order. The United States District Court case number assigned to the appeal of the Distribution Order on March 26, 2008 was 1:08-CV-03050-GJK. The United States District Court case number assigned to the appeal of the Stock Order on March 26, 2008 was 1:08-CV-03051-LAP.

4. STI seeks consolidation of the above-referenced matters into Civil Action No. 1:08-CV-03050, the first filed of these bankruptcy appeals.

5. Consolidation is appropriate because the issues presented in each case are identical. Identical issues and designations of the record have been presented in each case.

6. Appellee V&K Holding, Inc. consents to the relief requested in this Notice.

WHEREFORE, the Appellant respectfully requests that Civil Action No. 1:08-CV-3051 be consolidated into Civil Action No. 1:08-CV-03050 (LAK).

Dated: New York, New York
   April 7, 2008

            HAYNES AND BOONE, LLP
            *Counsel to Shared Technologies, Inc.*

            /s/ Jason A. Nagi
            Judith Elkin (JE-4112)
            Jason A. Nagi (JN 6891)
            153 East 53rd Street, Suite 4900
            New York, NY 10022
            Phone: 212.659.7300

                            Robert D. Albergotti
                            901 Main St., Suite 3100
                            Dallas, TX 75202
                            Phone: 214.651.5000

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has served a true and correct copy of the foregoing Notice upon all parties listed below via United States first class mail, postage prepaid, on the 7th day of April, 2008, in accordance with the Federal Rules of Bankruptcy Procedure.

                            */s/ Jason A. Nagi*

| | |
|---|---|
| Ira S. Dizengoff<br>Abid Qureshi<br>Kenneth A. Davis<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022<br>E-Mail: idizengoff@akingump.com<br><br>**COUNSEL FOR ALLEGIANCE TELECOM LIQUIDATING TRUST**<br><br>Martin S. Siegel<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>7 Times Square<br>New York, NY 10036<br>E-Mail: msiegel@brownrudnick.com<br><br>Anthony L. Gray<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, MA 02111<br>Email: agray@brownrudnick.com<br><br>**COUNSEL FOR XO HOLDINGS, INC. AND V&K HOLDINGS, INC.** | David S. Pegno, Esq.<br>DEWEY PEGNOT & KRAMARSKY LLP<br>220 East 42nd Street<br>New York, New York 10017<br>E-Mail: dpegno@dpklaw.com<br><br>Craig Bruens<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>E-Mail: cbruens@gibsondunn.com<br><br>**COUNSEL FOR MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED** |

Robert D. Albergotti
HAYNES AND BOONE, LLP
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

Judith Elkin  JE-4112
Jason A. Nagi JN-6891
HAYNES AND BOONE, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

*Counsel to Shared Technologies Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :
    ALLEGIANCE TELECOM, INC.,  et al.,   :   Civil Action No. 1:08-CV-3051 (LAP)
                                                             :
                                      Debtors.   :
-------------------------------------------------------------x

## ORDER TRANFERRING APPEAL

On this day came on for consideration Shared Technologies Inc.'s Notice of Related Case and Application for Transfer Pursuant to Rule for the Division of Business Among District Judges 15(c) (the "Notice"), seeking consolidation of the above-styled and numbered cause into the related, first filed action, Civil Action No. 1:08-CV-3050 (LAP).  Upon consideration of the Notice, it is hereby:

**ORDERED** that Civil Action No. 1:08-CV-3051 (LAP) is consolidated with Civil Action No. 1:08-CV-3050 and that all further proceedings in the above-referenced appeal be in Civil Action No. 1:08-CV-3050; and it is further

- 2 -

**ORDERED** that a copy of this Order shall be filed in Civil Action No. 1:08-CV-3050 before the Honorable Lewis A. Kaplan; and it is further

**ORDERED** that all filings shall be in Civil Action No. 1:08-CV-3050.

Dated: April ____, 2007

_____
United States District Judge