```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHARED TECHNOLOGIES INC.,

                Plaintiff,

v.

ALLEGIANCE TELECOM LIQUIDATING TRUST, XO HOLDINGS, INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,

                Defendants.

------------------------------------------------------------X

08 CV 3051 (LAP)

**MEMORANDUM**

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Merrill Lynch and/or its affiliates, and he works on those matters.

So Ordered:

Dated: New York, New York
       April 9, 2008

                                                /s/ Loretta A. Preska
                                               LORETTA A. PRESKA, U.S.D.J.

CGRML