**haynes**boone

April 14, 2008

<u>Via Facsimile</u>
212-805-7941

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 4/15/08         │
└─────────────────────────────┘
```

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: *Shared Technologies Inc. v. Allegiance Telecom Liquidating Trust, XO Holdings, Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (In re Allegiance Telecom, Inc. et al.)*; Civil Action No. 08-CV-3051 (LAP)

Your Honor,

We represent the appellant, Shared Technologies Inc. (STI), in the above-referenced matter. We also represent STI in an identical case pending before Judge Kaplan, *Shared Technologies Inc. v. Allegiance Telecom Liquidating Trust, XO Holdings, Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (In re Allegiance Telecom, Inc. et al.)*, Civil Action No. 08-CV-3050 (LAK). Because both of these cases involve identical parties and issues,[1] on April 7, 2008, STI filed its Notice of Related Case and Application for Transfer Pursuant to Rule 15 (c) for the Division of Business Among District Judges requesting that the Court consolidate Case No. 08-CV-3051 (LAP) into Case No. 08-CV-3050 (LAK). The request to consolidate is pending *sub judice*.

The appellate briefs in both cases must be filed today. Judge Kaplan's page limit for a memorandum of law is thirty-five (35) pages. Your Honor's limit is twenty (20) pages. Because of the number of issues and the complexity of the facts, the briefs will be approximately twenty-three (23) to twenty-four (24) pages long. To avoid confusion with the Court, we would like to file the same brief in each case. <u>Therefore, we respectfully request an extension of the page limit to allow STI to file a twenty-four (24) page brief.</u>

Thank you for your consideration.

Respectfully submitted,

*/s/ Jason A. Nagi*
Jason A. Nagi (JN 6891)
Direct Phone Number: 212-659-4989
Direct Fax Number: 212-884-8247
jason.nagi@haynesboone.com

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 14, 2008

---

[1] On February 7, 2008 Judge Drain issued two orders granting identical relief which STI appeals.

Haynes and Boone, LLP
153 East 53rd Street, Ste 4900
New York, New York 10022-4636
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com

# haynes*boone*

The Honorable Loretta A. Preska
April 14, 2008
Page 2

cc: (via e-mail)

Ira S. Dizengoff
Abid Qureshi
Kenneth A. Davis
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
E-Mail: idizengoff@akingump.com
aqureshi@akingump.com
kdavis@akingump.com

Martin S. Siegel
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, NY 10036
E-Mail: msiegel@brownrudnick.com

Anthony L. Gray
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
E-Mail: agray@brownrudnick.com

Marshall King
Craig A. Bruens
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
E-Mail: mking@gibsondunn.com
cbruens@gibsondunn.com

David S. Pegno
DEWEY PEGNO & KRAMARSKY
220 East 42nd Street, 33rd Floor
New York, NY 10017
E-Mail: dpegno@dpklaw.com