Robert D. Albergotti
HAYNES AND BOONE, LLP
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

Judith Elkin  JE-4112
Jason A. Nagi  JN-6891
HAYNES AND BOONE, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

*Counsel to Shared Technologies Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
        ALLEGIANCE TELECOM, INC., et al.,    :    Civil Action No. 1:08-CV-3051 (LAP)
                                                            :
                                     Debtors.    :
------------------------------------------------------------x

## NOTICE OF RELATED CASE AND APPLICATION FOR TRANSFER PURSUANT TO RULE FOR THE DIVISION OF BUSINESS AMONG DISTRICT JUDGES 15(C)

Shared Technologies, Inc. ("STI"), the Appellant in the above-styled and numbered cause, files this Notice of Related Case and Application for Transfer Pursuant to Rule for the Division of Business Among District Judges 15(c) (the "Notice"), seeking consolidation of the above-styled and numbered cause into the related, first filed action, Civil Action No. 1:08-CV-3050 (LAK), and would show the Court the following:

1. On February 7, 2008, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the following orders:

    (a) Order Approving Stipulation and Order Concerning Required Plan Distributions (the "Distributions Order"); and

1635806_1.DOC

  (b)  Stipulation and Order Granting XO Holdings, Inc.'s Motion for Entry of an Order Compelling the Allegiance Telecom Liquidating Trust to Make Required Plan Distributions (the "Stock Order").

2.  The Distributions Order and the Stock Order were entered in the following bankruptcy case: *In re Allegiance Telecom, Inc., et al.*, Case No. 03-13057 (RDD).

3.  On February 19, 2007, STI filed its Notice of Appeal of the Distribution Order and its Notice of Appeal of the Stock Order. The United States District Court case number assigned to the appeal of the Distribution Order on March 26, 2008 was 1:08-CV-03050-GJK. The United States District Court case number assigned to the appeal of the Stock Order on March 26, 2008 was 1:08-CV-03051-LAP.

4.  STI seeks consolidation of the above-referenced matters into Civil Action No. 1:08-CV-03050, the first filed of these bankruptcy appeals.

5.  Consolidation is appropriate because the issues presented in each case are identical. Identical issues and designations of the record have been presented in each case.

6.  Appellee V&K Holding, Inc. consents to the relief requested in this Notice.

WHEREFORE, the Appellant respectfully requests that Civil Action No. 1:08-CV-3051 be consolidated into Civil Action No. 1:08-CV-03050 (LAK).

Dated: New York, New York
April 7, 2008

*[Handwritten: With Judge Kaplan's gracious consent, this action is consolidated with 08 CV. 3050 (LAK).*
*SO ORDERED*
*[signature] Loretta A. Preska*
*UNITED STATES DISTRICT JUDGE*
*April 14, 2008]*

HAYNES AND BOONE, LLP
*Counsel to Shared Technologies, Inc.*

/s/ Jason A. Nagi
Judith Elkin (JE-4112)
Jason A. Nagi (JN 6891)
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

1635806_1.DOC