
**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-----------------------------------X
                                   |
                                   |
                                   |   NOTICE OF REASSIGNMENT
IN RE: ALLEGIANCE TELECOM INC.     |
                                   |
                                   |
                                   |   08 civ. 3051 (LAK)
                                   |
                                   |
                                   |
-----------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

    **JUDGE**    LEWIS A. KAPLAN

    All future documents submitted in this action are to be presented to the Southern District Court for filing and shall bear the reassigned judge's initials after the case number.

J. Michael McMahon, Clerk of Court

**Dated:** April 21, 2008

by:    S/KA KIN CHENG
    Deputy Clerk

**REDESIGNATED TO MAGISTRATE JUDGE**    FRANK MAAS

CC:  Attorneys of Record

**NOTICE OF REASSIGNMENT FORM**