```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| SHARED TECHNOLOGIES INC., | 08 CV 3051 (LAP) |
| Plaintiff, | **MEMORANDUM** |
| v. | |
| ALLEGIANCE TELECOM LIQUIDATING TRUST, XO HOLDINGS, INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | |
| Defendants. | |

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Merrill Lynch and/or its affiliates, and he does not work on those matters.

SO ORDERED:

Dated: New York, New York
April 18, 2008

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

CGRML