USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHARED TECHNOLOGIES INC.,

                Appellant,

        -against-

                  08 Civ. 3050 (LAK)
                  08 Civ. 3051 (LAK)
            (Case No. 03 B 13057 (RDD))

ALLEGIANCE TELECOM LIQUIDATING TRUST, et al.,

                Appellees.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Appellant shall file provide two courtesy copies of the Record to chambers.

        SO ORDERED.

Dated:      July 8, 2008

                        Lewis A. Kaplan
                  United States District Judge